JULY 11, 2001

No. 01–5072 (01A16). IN RE WILKENS. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

AUGUST 1, 2001

No. 00–928. GREEN ET AL. v. CITY OF TUCSON. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

AUGUST 6, 2001

No. 00A986. PALMORE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Application for certificate of appealability, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. 00–997. SCHMIDT ET AL. v. UNITED STATES, *ante*, p. 902;

No. 00–1256. REYES-HERNANDEZ v. UNITED STATES, 532 U. S. 1065;

No. 00–1390. CATERINA ET AL. v. UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA ET AL., 532 U. S. 1008;

No. 00–1547. HUERTAS LABOY ET AL. v. PUERTO RICO ET AL., 532 U. S. 1066;

No. 00–1697. WILLIAMS v. CORPORATE EXPRESS DELIVERY SYSTEMS, *ante*, p. 917;

No. 00–7465. GONZALEZ v. McDANIEL, 531 U. S. 1164;

No. 00–7781. RICHARDSON v. ALBERTSON'S, INC., ET AL., 531 U. S. 1197;

No. 00–8617. MERCED-NIEVES v. UNITED STATES, *ante*, p. 931;

No. 00–8930. SULLIVAN v. TEXAS, 532 U. S. 1027;

No. 00–8964. BAYRAMOGLU v. MADDOCK, WARDEN, ET AL., 532 U. S. 1028;

No. 00–8967. MAGGIO v. NORM REEVES HONDA ET AL., 532 U. S. 1040;

No. 00–8989. SONHOUSE v. NYNEX CORP. ET AL., 532 U. S. 1040;

No. 00–9071. SCHEXNIDER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 532 U. S. 1042;

No. 00–9117. SEARS v. FLORIDA, 532 U. S. 1054;

No. 00–9128. EPHRAIM v. NEAL, WARDEN, 532 U. S. 1054;

No. 00–9134. LOFTEN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 532 U. S. 1055;

No. 00–9183. HOLLEMAN v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, 532 U. S. 1068;

No. 00–9206. VESSEY v. UTAH, 532 U. S. 1029;

No. 00–9218. FULLER v. SPRAGINS ET AL., 532 U. S. 1029;

No. 00–9223. GALLO-CHAMORRO v. UNITED STATES, ante, p. 953;

No. 00–9226. HUGHES v. DEEDS, WARDEN, 532 U. S. 1042;

No. 00–9277. TERRY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 532 U. S. 1071;

No. 00–9302. LAY v. CAIN, WARDEN, ante, p. 905;

No. 00–9369. HILL v. UNITED STATES, 532 U. S. 1032;

No. 00–9397. COSEY v. LOUISIANA, ante, p. 907;

No. 00–9406. WINFIELD v. UNITED STATES, 532 U. S. 1044;

No. 00–9408. BOATENG ET UX. v. INTER AMERICAN UNIVERSITY OF PUERTO RICO ET AL., ante, p. 918;

No. 00–9425. JONES v. THOMPSON, WARDEN, 532 U. S. 1056;

No. 00–9428. MARTIN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante, p. 918;

No. 00–9479. FOSTER v. JONES, WARDEN, ante, p. 920;

No. 00–9489. BUTLER v. CRAVEN, WARDEN, 532 U. S. 1056;

No. 00–9518. SMITH v. UNITED STATES, 532 U. S. 1057;

No. 00–9539. GRADY v. UNITED STATES, 532 U. S. 1057;

No. 00–9563. MYRICK v. HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL., 532 U. S. 1057;

No. 00–9626. SUROVIK v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ante, p. 935;

No. 00–9630. WEEKS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 532 U. S. 1072;

No. 00–9717. HANKS *v.* CALIFORNIA BOARD FOR PROFESSIONAL ENGINEERS AND LAND SURVEYORS, *ante,* p. 921;

No. 00–9739. NAGY *v.* UNITED STATES, 532 U. S. 1074;

No. 00–9819. IN RE HARRIS, *ante,* p. 902;

No. 00–9862. MALADY *v.* UNITED STATES, *ante,* p. 910; and

No. 00–9863. PADRO BURGOS *v.* UNITED STATES, *ante,* p. 910. Petitions for rehearing denied.

No. 130, Orig. NEW HAMPSHIRE *v.* MAINE, 532 U. S. 742. Petition for rehearing denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 00–1144. MCPHAUL *v.* BOARD OF COMMISSIONERS OF MADISON COUNTY ET AL., 532 U. S. 921. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

No. 00–1263. BALLS *v.* AT&T CORP., 532 U. S. 937. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–8347. CAMARENA *v.* SUTER, CLERK, SUPREME COURT OF THE UNITED STATES, ET AL., 532 U. S. 934. Motion for leave to file petition for rehearing denied.

AUGUST 7, 2001

No. 01–5409 (01A80). HILL *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

AUGUST 8, 2001

No. 00–878. MATHIAS ET AL. *v.* WORLDCOM TECHNOLOGIES, INC., ET AL. C. A. 7th Cir. [Certiorari granted, 532 U. S. 903.] Motion of the United States to intervene granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 01–5702 (01A115). IN RE HILL. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.